UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BENJAMIN ONODU,

        Plaintiff,

-against-

BEHAVIORAL HEALTH, KINGS COUNTY
HOSPITAL CENTER,

        Defendants.
-----------------------------------------------------------------x

**NOT FOR PUBLICATION**
**ORDER**
10-CV-1325 (CBA) (VVP)

AMON, Chief United States District Judge:

This Court has received the Report and Recommendation ("R&R") of the Honorable Marilyn D. Go, United States Magistrate Judge, dated March 2, 2012, recommending that this action be dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for the plaintiff's failure to effectuate timely service on the defendant. No objection to the R&R has been filed with the Court. The Court has reviewed the R&R and adopts in full the recommendation contained in it.

Accordingly, the action is dismissed without prejudice. The Clerk of Court is directed to enter judgment and close the case.

SO ORDERED.

Dated:     Brooklyn, New York
           March 28, 2012

/Signed by Chief Judge Amon/
_____
Carol Bagley Amon
Chief United States District Judge